```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 28748
   JANIS LOUISE HARDING
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5288

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/20/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.18%.

     The case was paid in full 01/26/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
CHASE MORTGAGE             CURRENT MORTG    37869.54           .00        37869.54
ECAST SETTLEMENT CORP      UNSECURED         2094.56           .00          338.92
RESURGENT ACQUISITION LL   UNSECURED        25235.13           .00         4083.30
PORTFOLIO RECOVERY ASSOC   UNSECURED OTH    23832.77           .00         5318.04
FLEET                      UNSECURED        NOT FILED          .00             .00
GENERAL ELETRIC            UNSECURED         2086.57           .00          337.63
ECAST SETTLEMENT CORP      UNSECURED        53269.52           .00         8619.54
RESURGENT ACQUISITION LL   UNSECURED        12079.80           .00         1954.63
TARGET NATIONAL BANK       UNSECURED         2494.43           .00          403.62
WELLS FARGO FINANCIAL IL   UNSECURED          851.49           .00          137.78
ECAST SETTLEMENT CORP      UNSECURED        16086.19           .00         2602.91
PETER FRANCIS GERACI       DEBTOR ATTY        876.00                        876.00
TOM VAUGHN                 TRUSTEE                                        4,058.09
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             66,600.00

PRIORITY                                          .00
SECURED                                     37,869.54
UNSECURED                                   23,796.37
ADMINISTRATIVE                                 876.00
TRUSTEE COMPENSATION                         4,058.09
DEBTOR REFUND                                     .00
                    ---------------         ---------------
TOTALS              66,600.00               66,600.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 28748 JANIS LOUISE HARDING
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 28748 JANIS LOUISE HARDING